AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MERRILL, LYNCH, PIERCE, FENNER & SMITH
INC.

**SUMMONS IN A CIVIL ACTION**

v

CASE NUMBER: *C-00-64*

VERONICA CLARK

TO: (Name and Address of Defendant)

VERONICA CLARK
522 Hiawatha Street
Corpus Christi, Texas 78405

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David W. Green
Barger, Hermansen, McKibben & Villarreal, LLP
800 N. Shoreline
North Tower, Suite 2000
Corpus Christi, Texas 78401

an answer to the complaint which is herewith served upon you, within ____20____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

_____
CLERK

_____
BY DEPUTY CLERK

*2-16-00*
_____
DATE

3.

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE February 17, 2000 @ 1:05 P.m. |
|---|---|
| NAME OF SERVER (PRINT) Karloz Espinosa | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 522 Hiawatha Street
Corpus Christi Texas.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/18/00
Date

Signature of Server

TEXAS CIVIL PROCESS, INC.
1650 S. Brownlee Blvd
P.O. Box 3785
Address of Server Corpus Christi, TX 78463-3785

United States District Court
Southern District of Texas
FILED

FEB 23 2000

Michael N. Milby, Clerk

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.