United States District Court
Southern District of Texas
FILED

MAR 02 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., § § § | |
| Plaintiff, § § | Civil Action No. C-00-64 |
| v. § § | |
| VERONICA CLARK, § § | |
| Defendant. § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Daniel P. O'Meara and files this Motion for Admission Pro Hac Vice to appear before the Court in the above captioned matter, and would respectfully show the Court the following:

1. My office address, telephone number and facsimile number are RUBIN & ASSOCIATES, P.C., MCS Building, 10 South Leopard Road, Suite 202, Paoli, Pennsylvania 19301, Telephone: (610) 408-2007, Facsimile: (610) 408-9070.

2. I am a practicing attorney and a member of the State Bar of Pennsylvania.

3. I have appeared or sought leave to appear or participate in any cases or causes in Texas courts within the past two years.

4. I am an active member in good standing in the State Bar of Pennsylvania, and have been admitted to practice before the state courts of Pennsylvania and the United States District Court for the Western and Eastern Districts of Pennsylvania, the United States Court of Appeals for the Third Circuit and the United States Supreme Court.

5. I have never been the subject of disciplinary action by the Bar or courts of any jurisdiction in which I am licensed.

6. I have never been denied admission to the courts of any State or to any federal court.

7. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas, and I will abide by and comply by those rules as long as this cause of action is pending and I have not withdrawn as counsel therein.

8. David W. Green of the law firm of Barger, Hermansen, McKibben & Villarreal, L.L.P. is licensed to practice law in this Court and State of Texas and is a member in good standing of this Court and of the Bar of the State of Texas, and has agreed to act as the responsible local counsel in this matter.

WHEREFORE, PREMISES CONSIDERED, Daniel P. O'Meara respectfully requests this Court to grant his Motion for Admission Pro Hac Vice and allow him to appear before the Court until the conclusion of this cause of action.

Respectfully submitted,

_Daniel P. O'Meara_  w/ Permission by /s/
Daniel P. O'Meara, Esquire
Pennsylvania State Bar No. 53535
RUBIN & ASSOCIATES, P.C.
MCS Building
10 South Leopard Road, Suite 202
Paoli, PA 19301
Telephone: (610) 408-2007
Facsimile: (610) 408-9070

ATTORNEYS FOR PLAINTIFF
MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken to opposing counsel and he has no objection to the Motion.

_____
Daniel P. O'Meara

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure this _2nd_ day of March, 2000.

_____
Daniel P. O'Meara

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER § <br> & SMITH INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> VERONICA CLARK, § <br> § <br> Defendant. § | Civil Action No. C-00-64 |

### ORDER MOTION TO ADMIT PRO HAC VICE

On this the ____ day of March, 2000, came on to be heard the Motion to Admit Counsel Pro Hac Vice on behalf of Daniel P. O'Meara, an attorney licensed to practice in the State of Pennsylvania.

The Court, after considering the request of Movant Daniel P. O'Meara, and having the non-resident attorney before the Court by way of this Motion, is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that said Motion to Admit Counsel Pro Hac Vice is, in all respects, GRANTED.

SIGNED this the ____ day of March, 2000.

_____
JUDGE PRESIDING