CV/~~CR~~ ACTION NO.: __C-0064__

MERRILL LYNCH PIERCE FENNER )   COUNSEL: __Jim McKibben__
& SMITH, INC. )
VS.
VERONICA CLARK )   COUNSEL: __Jim Robichaux__
)

United States District Court
Southern District of Texas
FILED

MAR 6 - 2000

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: __HAYDEN W. HEAD, JR.__

COURTROOM CLERK: __Judith F. Alvarez__   COURT RECORDER: __Genay Rogan__
LAW CLERK: __M. Fassold__   INTERPRETER: ____
~~U. S. MARSHAL~~/CSO: __E. Heime__   U. S. P. O.: ____
DATE: __Mar. 6, 2000__   OPEN: __3:00 pm__   ADJOURN: __3:02 pm__
TAPE: __2__

Case called for Hearing on TRO. Parties have announced a resolution to the case. The Court signs the motion to substitute counsel. The parties have an agreed order that issues the preliminary injunction to be in effect for one year; at that time a dismissal motion will be submitted. The Court signs the order. Adjourned