IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 6 - 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., | § § § | |
| Plaintiff, | § § | Civil Action No. C-00-64 |
| v. | § § | |
| VERONICA CLARK, | § § | |
| Defendant. | § § | |

## MOTION TO SUBSTITUTE COUNSEL FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW David W. Green, Attorney for Plaintiff Merrill, Lynch, Pierce, Fenner & Smith, Inc., and moves this Court to permit James F. McKibben, Jr., of the same law firm, to appear in lieu of David W. Green, at the hearing scheduled for Tuesday, March 6, 2000 at 2:30 p.m.

As grounds therefore, Movant would show that he is currently in Houston attending a deposition which was recessed from Friday, March 3, 2000 and resumed today, March 6, 2000, in Cause No. 1999-50346; Gerardo Hernandez, et ux v. Phillips Petroleum Company, et al., pending in the 133rd Judicial District Court of Harris County, Texas.

Movant would show that James F. McKibben, Jr. is familiar with the file and prepared to proceed with the hearing as scheduled.

Respectfully submitted,


By: _David W Green_ *by Jim w/permission*
David W. Green
State Bar No. 08347475
Federal I.D. No. 11258


By: _James McKibben_
James F. McKibben, Jr.
State Bar No. 13713000
Federal I.D. No. 914


OF COUNSEL:

BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.
800 N. Shoreline
North Tower, Suite 2000
Corpus Christi, Texas 78401
Telephone: 512/882-6611
Facsimile: 512/866-8039

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, as indicated below, in accordance with the Federal Rules of Civil Procedure this 6th day of March, 2000.

**VIA FAX 888-8504**
Mr. James H. Robichaux
MATTHEWS & BRANSCOMB
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470

David W. Green by Jean w/ permission

3