IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MERRILL LYNCH, PIERCE, § <br> FENNER & SMITH INC., § <br> § <br> Plaintiff, § <br> § Civil Action No. C-00-64 <br> v. § <br> § <br> VERONICA CLARK, § <br> § <br> Defendant. § | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL FOR HEARING

On this day, came on for consideration, the Motion to Substitute Counsel for Hearing filed herein by David W. Green, Attorney for Plaintiff Merrill, Lynch, Pierce, Fenner & Smith, Inc., requesting that the Court permit James F. McKibben, Jr., of the same law firm, to appear in lieu of David W. Green, at the hearing scheduled for Tuesday, March 6, 2000 at 2:30 p.m.

It appearing to the Court that such Motion should be granted, it is ORDERED that James F. McKibben, Jr. be permitted to appear at the hearing on March 6, 2000 at 2:30 p.m. on behalf of Plaintiff.

ORDERED this _6_ day of March, 2000.

For the Court,

_/s/ [signature]_
Judge Presiding