UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.<br>　　　PLAINTIFF<br><br>VS.<br><br>VERONICA, CLARK<br>　　　DEFENDANT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. C-00-64 |

### Defendant Veronica Clark's Certificate of Interested Parties

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

In accordance with the Court's order for conference and disclosure of interested parties, Defendant, Veronica Clark, submits this Certificate of Interested Parties.

1. <u>Merrill, Lynch, Pierce, Fenner, & Smith, Inc.</u> (Plaintiff)

2. Veronica Clark (Defendant)

3. First Union Securities, Inc. (Current employer of Defendant)

4. <u>First Union Corporation</u> (parent company of First Union Securities, Inc.)

Dated this 7th day of March, 2000.

Respectfully submitted,

_____
James H. Robichaux
TSB #17088000
Federal ID #2203
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470-0700
Telephone:  361/888-9261
Telecopier:  361/888-8504

1

OF COUNSEL:

MATTHEWS & BRANSCOMB
A Professional Corporation

ATTORNEYS FOR DEFENDANT
VERONICA CLARK

## Certificate of Service

I, James H. Robichaux, do hereby certify that the foregoing was forwarded to counsel of record, as indicated below, on this the 7th day of March, 2000.

Mr. James McKibben
Barger, Hermansen, McKibben &Y Villarreal, LLP
800 N. Shoreline
North Tower, Suite 2000
Corpus Christi, TX 78401
*Via Certified Mail, RRR*

_____
James H. Robichaux

C0025030.WPD.1