IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 09 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, | § | |
| FENNER & SMITH INC. | § | |
| | § | |
| Plaintiff, | § | Civil Action No. C-00-64 |
| v. | § | |
| | § | |
| VERONICA CLARK, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF FILING OF BOND

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Merrill, Lynch, Pierce, Fenner & Smith, Inc. and files the attached bond pursuant to the Court's order requiring filing by March 10, 2000.

Respectfully submitted,

HUNT, HERMANSEN, McKIBBEN
   & VILLARREAL, L.L.P.
800 N. Shoreline
Suite 2000, North Tower
Corpus Christi, Texas 78478
512/882-6611; FAX 512/866-8039

By: _____
David W. Green
Texas Bar No. 08347475
Federal Bar No. 11258

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure this _9th_ day of March, 2000.

_____
David W. Green

THE STATE OF TEXAS         §

COUNTY OF NUECES           §

  WHEREAS, in Civil Action No. C-00-64, pending in the United States District Court for the Southern District of Texas, Corpus Christi Division, styled Merrill, Lynch, Pierce, Fenner & Smith, Inc. v. Veronica Clark, the Honorable Hayden Head, Judge, did on the 6th day of March, 2000, sign an order granting a temporary injunction against Veronica Clark and requiring Merrill, Lynch, Pierce, Fenner & Smith, Inc. to make, execute and file an injunction bond in the sum of $1,000.00, payable to the adverse party before issuance of the writ of injunction; therefore:

  Know all men by these presents, that we, the undersigned Merrill, Lynch, Pierce, Fenner & Smith, Inc. as principal, and <u>Colonial American Casualty and Surety Company</u>, as surety, acknowledge ourselves bound to pay to Veronica Clark, the sum of One Thousand and No/100 Dollars ($1,000.00), conditioned that Merrill Lynch, Pierce, Fenner & Smith, Inc. will abide by the decision that may be made in the aforesaid cause, and that it will pay all sums of money and costs that may be adjudged against it if the temporary injunction issued on March 6, 2000, in the aforesaid cause, enjoining Veronica Clark, shall be dissolved in whole or in part.

WITNESS our hands March \_\_\_\_8\_\_\_\_, 2000.

         MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

BY: *[signature]*
Joseph C. Wise, Jr.
First Vice President-Investments
Resident Manager

**PRINCIPAL**

Colonial American Casualty and Surety **INSURANCE COMPANY**

BY: *[signature]*
    Allen G. Borden
Its    Attorney in Fact

**SURETY**



**The F&D Companies**

# FIDELITY AND DEPOSIT COMPANY OF MARYLAND
# COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
HOME OFFICES: BALTIMORE, MD. 21203

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, corporations of the State of Maryland, by C. M. PECOT, JR., Vice-President, and C. W. ROBBINS, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2 of the respective By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute and appoint Allen G. Borden, Jim Borden and Genelle Johnson, all of Corpus Christi, Texas, EACH..................................................

the true and lawful agent and Attorney-in-Fact of each, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings, EXCEPT bonds on behalf of Independent Executors, Community Survivors and Community Guardians..............

And the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the respective Companies at their offices in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Allen G. Borden, etal, dated, January 1, 1992.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seals of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY this _____12th_____ day of _____July_____, A.D. 19_96_.

ATTEST:

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**

_____   By _____
Assistant Secretary                              Vice-President

**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**

_____   By _____
Assistant Secretary                              Vice-President

STATE OF MARYLAND } SS:
COUNTY OF BALTIMORE }

On this __12th__ day of ____July____, A.D. 19_96_, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came C. M. PECOT, JR., Vice-President and C. W. ROBBINS, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, to me personally known to be the individuals and officers described herein and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Companies aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

CAROL J. FADER                                  Notary Public

My commission expires ___August 1, 1996___

### CERTIFICATE

I, the undersigned Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2 of the respective By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND and the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY.

This certificate may be signed by facsimile under and by authority of resolutions of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 16th day of July, 1969 and of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of December, 1991.

RESOLVED: "That the facsimile or mechanically reproduced signature of any Assistant Secretary of the Company, whether made heretofore or hereafter, whenever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this _____ day of __March 8__, 19×2000.

_____
Assistant Secretary

L1419d(TX)    168-9631

### EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Commmittee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

### EXTRACT FROM BY-LAWS OF COLONIAL AMERICAN CASUALTY AND SURETY COMPANY

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertakings, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

# IMPORTANT NOTICE

TO OBTAIN INFORMATION OR MAKE A COMPLAINT: YOU MAY CONTACT THE TEXAS DEPARTMENT OF INSURANCE TO OBTAIN INFORMATION ON COMPANIES, COVERAGES, RIGHTS OR COMPLAINTS AT:

1-800-252-3439

YOU MAY WRITE THE TEXAS DEPARTMENT OF INSURANCE:

P. O. BOX 149104
AUSTIN, TX 78714-9104
FAX #(512) 475-1771

PREMIUM OR CLAIM DISPUTES:

SHOULD YOU HAVE A DISPUTE CONCERNING YOUR PREMIUM OR ABOUT A CLAIM YOU SHOULD CONTACT THE AGENT OR COMPANY FIRST. IF THE DISPUTE IS NOT RESOLVED, YOU MAY CONTACT THE TEXAS DEPARTMENT OF INSURANCE.

ATTACH THIS NOTICE TO YOUR POLICY:

THIS NOTICE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THE ATTACHED DOCUMENT.

ClibPDF - www.fastio.com