IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAR 1 3 2000**

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., | § § § | |
| Plaintiff, | § § | Civil Action No. C-00-64 |
| v. | § § | |
| VERONICA CLARK, | § § | |
| Defendant. | § § | |

13.

## ORDER MOTION TO ADMIT PRO HAC VICE

On this the _10_ day of March, 2000, came on to be heard the Motion to Admit Counsel Pro Hac Vice on behalf of Daniel P. O'Meara, an attorney licensed to practice in the State of Pennsylvania.

The Court, after considering the request of Movant Daniel P. O'Meara, and having the non-resident attorney before the Court by way of this Motion, is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that said Motion to Admit Counsel Pro Hac Vice is, in all respects, GRANTED.

SIGNED this the _10_ day of March, 2000.

_____
JUDGE PRESIDING