IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC., | § § § § | |
| Plaintiff, | § § | Civil Action No. C-00-64 |
| v. | § § | |
| VERONICA CLARK, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Complying with the Court's order for conference and disclosure of interested parties, Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Inc. files this Certificate of Interested Parties, as follows:

1. Merrill, Lynch, Pierce, Fenner & Smith, Inc., Plaintiff.

2. Veronica Clark, Defendant.

3. First Union Securities, Inc., current employer of Veronica Clark.

4. First Union Corporation, parent company of First Union Security, Inc.

DATED this the 10th day of March, 2000.

Respectfully submitted,

*[signature]*

DAVID W. GREEN
Texas Bar No. 08347475
Federal Bar No. 11258
800 N. Shoreline Boulevard
Suite 2000, North Tower
Corpus Christi, Texas 78401
361/882-6611; FAX: 361/866-8039

ATTORNEY-IN-CHARGE FOR
PLAINTIFF MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.

OF COUNSEL:

**BARGER, HERMANSEN, McKIBBEN
& VILLARREAL, L.L.P.**

Daniel P. O'Meara, Esquire
Pennsylvania State Bar No.53535
**RUBIN & ASSOCIATES, P.C.**
MCS Building
10 South Leopard Road, Suite 202
Paoli, PA  19301
Telephone: (610) 408-2007
Facsimile: (610) 408-9070

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, as noted below, in accordance with the Federal Rules of Civil Procedure this 10th day of March, 2000.

**VIA CERTIFIED MAIL**
Mr. James H. Robichaux
MATTHEWS & BRANSCOMB
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470-0700

David W. Green

3