United States District Court
Southern District of Texas
FILED

JUN 23 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.<br>    PLAINTIFF | § § § § | |
| VS. | § § | CIVIL ACTION NO. C-00-64 |
| VERONICA, CLARK<br>    DEFENDANT | § § | |

### JOINT MOTION FOR DISSOLUTION OF
### PRELIMINARY INJUNCTION AND DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Merrill, Lynch, Pierce, Fenner & Smith, Inc., Plaintiff, and Veronica Clark, Defendant, file this Joint Motion to dissolve a preliminary injunction entered by this Court on March 6, 2000; and further for an Order of Dismissal of this action with prejudice. As grounds for, and in support of this Motion, the parties allege that on March 6, 2000 this Court entered an Agreed Order for the issuance of a preliminary injunction herein. Pursuant to a contemporaneously executed Settlement Agreement and Release, the parties agreed that as of June 23, 2000 the preliminary injunction would be dissolved, and within 10 days thereafter, this action should be dismissed with prejudice. Therefore, pursuant to the terms of that confidential Settlement Agreement and Release, the parties request the Court grant the relief requested; specifically the dissolution of the preliminary injunction heretofore entered on March 6, 2000, and the entry of a final judgment and dismissal with prejudice.

1

15.

Respectfully submitted,

*James F. McKibben w/ Permission by [signature]*

James F. McKibben, Jr.
TSB #13713000
Federal I.D. # 914

ATTORNEYS FOR PLAINTIFF

Of Counsel:

BARGER, HERMANSEN, McKIBBEN
& VILLARREAL, LLP
800 N. Shoreline
North Tower, Suite 2000
Corpus Christi, TX 78401
361/882-6611
361/866-8039

_____
James H. Robichaux
TSB #17068000
Federal ID #2203
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470-0700
Telephone:   361/888-9261
Telecopier:  361/888-8504

ATTORNEYS FOR DEFENDANT

OF COUNSEL:

MATTHEWS & BRANSCOMB
A Professional Corporation

C0025008.wpd.1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.<br>　　　PLAINTIFF | § § § § § § § § § | |
| VS. | | CIVIL ACTION NO. C-00-64 |
| VERONICA, CLARK<br>　　　DEFENDANT | | |

## Order

On the ___ day of June, 2000 the Court considered the Joint Motion of the parties (1) to dissolve the preliminary injunction heretofore entered by this Court on March 6, 2000, and (2) to dismiss this action with prejudice. The Court finds that the parties have previously executed a confidential Settlement Agreement and Release, the terms of which call for the dissolution of the preliminary injunction as of June 23, 2000, and the dismissal with prejudice of this action within 10 days thereafter. The Court finds that this Motion is therefore proper and should be granted.

It is therefore ORDERED that the preliminary injunction entered by this Court by Order dated March 6, 2000 is hereby dissolved and of no further force and effect.

It is further ORDERED that this matter be and the same is hereby dismissed with prejudice.

It is further ORDERED, ADJUDGED and DECREED that each party take nothing by way of this action; that all costs be taxed against the party incurring same.

All other relief not expressly granted herein is hereby denied.

SIGNED and ORDERED ENTERED this ___ day of June, 2000.

_____
United States District Judge

C0025019.WPD.1

APPROVED:

_James F. McKibben, Jr._ w/ Permission by David Lee

James F. McKibben, Jr.
TSB #13713000
Federal I.D. # 914
BARGER, HERMANSEN, McKIBBEN
& VILLARREAL, LLP
800 N. Shoreline
North Tower, Suite 2000
Corpus Christi, TX 78401
361/882-6611
361/866-8039

ATTORNEYS FOR PLAINTIFF

_____
James H. Robichaux
TSB #17083000
Federal ID #2203
MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470-0700
Telephone:   361/888-9261
Telecopier:   361/888-8504

ATTORNEYS FOR DEFENDANT

ClibPDF - www.fastio.com