UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 28 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.<br>PLAINTIFF | § § § § § § § § | |
| VS. | | CIVIL ACTION NO. C-00-64 |
| VERONICA, CLARK<br>DEFENDANT | | |

## Order

On the 27 day of June, 2000 the Court considered the Joint Motion of the parties (1) to dissolve the preliminary injunction heretofore entered by this Court on March 6, 2000, and (2) to dismiss this action with prejudice. The Court finds that the parties have previously executed a confidential Settlement Agreement and Release, the terms of which call for the dissolution of the preliminary injunction as of June 23, 2000, and the dismissal with prejudice of this action within 10 days thereafter. The Court finds that this Motion is therefore proper and should be granted.

It is therefore ORDERED that the preliminary injunction entered by this Court by Order dated March 6, 2000 is hereby dissolved and of no further force and effect.

It is further ORDERED that this matter be and the same is hereby dismissed with prejudice.

It is further ORDERED, ADJUDGED and DECREED that each party take nothing by way of this action; that all costs be taxed against the party incurring same.

All other relief not expressly granted herein is hereby denied.

SIGNED and ORDERED ENTERED this 27 day of June, 2000.

_____
United States District Judge

C0025019.WPD.1

APPROVED:

_James F. McKibben, Jr._  *w/ Permission by David Lee*

James F. McKibben, Jr.
TSB #13713000
Federal I.D. # 914
BARGER, HERMANSEN, McKIBBEN
& VILLARREAL, LLP
800 N. Shoreline
North Tower, Suite 2000
Corpus Christi, TX 78401
361/882-6611
361/866-8039

ATTORNEYS FOR PLAINTIFF

_____
James H. Robichaux
TSB #17083000
Federal ID #2203
MATTHEWS & BRANSCOMB
A Professional Corporation
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470-0700
Telephone:   361/888-9261
Telecopier:  361/888-8504

ATTORNEYS FOR DEFENDANT

ClibPDF - www.fastio.com